**UNITED STATES of America,
Appellee,**

v.

**Kelly R. FLOW, Appellant.**

**No. 06–1820.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 6, 2007.

Filed: April 10, 2007.

Michelle M. Law, Springfield, MO, for appellant.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

Kimberly R. Weber Dean, Spec. Asst. U.S. Atty., Springfield, MO, for appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Kelly R. Flow appeals the 168–month prison sentence the district court[1] imposed after she pleaded guilty to a drug conspiracy. In a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), her counsel argues that Flow's sentence is unreasonable because Flow and a codefendant were equally culpable, yet the codefendant received a 100–month prison sentence as a result of the government's substantial-assistance motion.

We enforce the broad appeal waiver included in Flow's plea agreement. The plea colloquy reflects that Flow understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), for any nonfrivolous issue not covered by the waiver, we find none. Accordingly, we enforce the waiver and dismiss the appeal. We also grant counsel's motion to withdraw.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.